# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0345
LT Case No. 2023-001316-CFMA

———————————————

BRENT PAUL VENROOY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Thomas J. Butler, of Thomas Butler, P.A., Miami Beach, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

April 17, 2026

PER CURIAM.

    In this *Anders*[1] appeal, we affirm Appellant's judgment and
sentence. However, we remand for the entry of a corrected
judgment striking the $100 fee for investigative costs because the

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

investigative costs were never requested. *See Richards v. State*, 288 So. 3d 574, 577 (Fla. 2020) ("[T]he State must request investigative costs to make a defendant liable for those costs . . . .").

AFFIRMED and REMANDED with instructions.

JAY, C.J., and LAMBERT and EISNAUGLE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————